MRM:OG
F.#2023R00350

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against -

NOE SAUL CHICAS,
    also known as "Popeye,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

23mj433

C O M P L A I N T

(8 U.S.C. §§ 1326(a) and 1326(b)(1))

EASTERN DISTRICT OF NEW YORK, SS:

        ANDREW STEINBORN, being duly sworn, deposes and states that he is a Deportation Officer with the United States Immigration and Customs Enforcement, Department of Homeland Security ("ICE"), duly appointed according to law and acting as such.

        On or about April 27, 2023, within the Eastern District of New York, the defendant NOE SAUL CHICAS, also known as "Popeye," (the "Defendant"), being an alien who had previously been arrested and convicted of a felony, and was thereafter excluded and removed from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, had expressly consented, was found in the United States.

        (Title 8, United States Code, Sections 1326(a) and 1326(b)(1))

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1. I have been a Deportation Officer with ICE for approximately 16 years and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the Defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about May 21, 2010, the Defendant, a citizen and national of El Salvador, was convicted of Criminal Possession of a Weapon in the Second Degree, in violation of New York Penal Law ("NYPL") section 265.03(3), a Class C felony offense. On or about August 11, 2010, the Defendant was sentenced to 4 years' imprisonment upon that conviction.

3. On or about April 24, 2013, the Defendant was removed from the United States pursuant to an Order issued by a United States Immigration Judge.

4. On or about October 13, 2013, in the Southern District of Texas, the Defendant was convicted of Illegal Entry, in violation of 8 U.S.C. § 1325(a), and was sentenced to 120 days' imprisonment upon the conviction.

5. On or about March 19, 2014, the Defendant was removed from the United States for the second time, pursuant to an Order issued by a United States Immigration Judge.

6. April 27, 2023, the Defendant was arrested by officers of the Suffolk County Police Department and charged with Sexual Abuse in the First Degree (sexual contact

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

with a minor under 13), in violation of NYPL Section 130.65 and Endangering the Welfare of a Child, in violation of NYPL 260.10.

7. The Defendant's fingerprints taken in connection with his 2010 arrest and conviction in Suffolk County, match the fingerprints taken of the Defendant in connection with his 2023 arrest and his prior removals in 2013 and 2014. Furthermore, the Defendant's appearance matches photographs taken of the Defendant in connection with his prior removals. Moreover, at the time of the Defendant's arrest earlier today, he confirmed to a law enforcement officer that his name is "Noe Chicas."

8. A search of immigration records has revealed that there exists no request by the Defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the Defendant NOE SAUL CHICAS, be dealt with according to law.

_____
ANDREW STEINBORN
Deportation Officer, United States Immigration and Customs Enforcement

Sworn to before me this
5th day of May, 2023

/S/ Anne Y. Shields
_____
THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK