MRM:OG
F. #2023R00350

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NOE SAUL CHICAS,
    also known as "Popeye,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 18 2023 ★

LONG ISLAND OFFICE

I N D I C T M E N T

Cr. No. **CR 23 216**
(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1);
T. 18, U.S.C., §§ 3551 et seq.)

AZRACK, J.

LOCKE, M. J.

THE GRAND JURY CHARGES:

<u>ILLEGAL REENTRY</u>

On or about April 27, 2023, within the Eastern District of New York, the defendant NOE SAUL CHICAS, also known as "Popeye," an alien who had previously been removed and deported from the United States after a conviction for the commission of a felony, was found in the United States, without the Attorney General of the United States and the

Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(1); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

By _____, Assistant U.S. Attorney
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00350
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT
EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

NOE SAUL CHICAS,
also known as "Popeye,"

Defendant.

# INDICTMENT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(1); T. 18, U.S.C. §§ 3551 et seq.)

*A true bill.*

_____ /s/ Kevin J. Tinkler _____
                                                                   *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                                                        *Clerk*

Bail, $ _____

_____

*Oren Gleich, Assistant U.S. Attorney (631) 715-7889*