| | |
|---|---|
| BEFORE: JOAN M. AZRACK<br>UNITED STATES DISTRICT JUDGE | DATE: 11/8/2023<br>TIME: 10:30 AM (30 min) |

# CRIMINAL CAUSE FOR GUILTY PLEA

**DOCKET NO. 23-cr-216 (JMA)**

**FILED
CLERK**

2:44 pm, Nov 08, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT:** Noe Chicas   **DEF. #: 1**
☒ Present   ☐ Not present   ☒ Custody   ☐ Bail/Surrender
**DEFENSE COUNSEL: Charles Millioen**
☒ Federal Defender   ☐ CJA   ☐ Retained

**AUSA:** Burton Ryan

INTERPRETER: Marcia Gotler (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger   COURTROOM DEPUTY: LMP

☒   Case Called.   ☒   Counsel present for all sides.

☒   Defendant is sworn, arraigned, informed of his rights, and waives trial.

☒   Defendant enters a plea of Guilty to Count 1 of the Indictment.

☒   The defendant explains the offense committed and the Government outlines the proof they would present at trial.

☒   Having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, the Court finds a factual basis for the plea and accepts it.

Sentencing:   ☐   To be set by Probation.
              ☒   Set for 2/29/2024 at 11:00 AM before Judge Azrack.

Defendant   ☐   Released on Bond   ☒   Remains in Custody.

OTHER: