| | |
|---|---|
| BEFORE: JOAN M. AZRACK<br>UNITED STATES DISTRICT JUDGE | DATE: 2/29/2024<br>TIME: 11:15 (20 min) |

# CRIMINAL CAUSE FOR SENTENCING

**DOCKET NO. 23-cr-216 (JMA)**

<div style="float:right">
**FILED<br>CLERK**

12:18 pm, Feb 29, 2024

**U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND OFFICE**
</div>

**DEFENDANT: Noe Saul Chicas      DEF. #: 1**
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail
**DEFENSE COUNSEL: Charles Millioen**
☒ Federal Defender    ☐ CJA    ☐ Retained

**AUSA: Burton Ryan**

INTERPRETER: Maya Gray

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi                COURTROOM DEPUTY: LMP

☒ Case Called.            ☒ Counsel present for all sides.
☒ Sentencing held.        ☐ Sentencing adjourned to _.
☒ Statements of defendant and counsel heard.
☒ Defendant sentenced on Counts 1 of the Indictment.

SENTENCE TEXT: Imprisonment: 10 months. Supervised release: 2 years, special conditions apply. Special assessment: $100.00.

☐ Remaining open counts are dismissed on
        ☐ Government's motion.    ☐ Court's motion.
☒ Court advised defendant of right to appeal.
☐ Defendant waived right to appeal in plea agreement.
☐ Transcript of the proceeding sealed with the exception of providing a copy to the parties.

Defendant    ☒ Remains in Custody.    ☐ On bail pending appeal.
☐ Shall surrender to the institution designated by the U.S. Bureau of Prisons by 2:00 PM on _.

OTHER: